In the Matter of ALMON V. WOOSTER, Appellant, against OTIS A. LEONARD et al., Constituting the Board of Elections of the County of Chemung, et al., Respondents.

ARTHUR J. CHANDLER et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

*George L. Richardson* for appellant.

*Edward W. Eaton* for Arthur J. Chandler and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.